**MICHAEL M LIN, ESQ.**
Nevada Bar No. 010392
**LIN LAW GROUP**
5288 Spring Mtn. Rd, Ste 103
Las Vegas, Nevada 89146
(702) 871 9888
linlawgroup@gmail.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LUIS OSAL,

        Plaintiff,

vs.

214 BROTHERS 3 INC.,

        Defendants.

CASE NO. 2:24-cv-00987-MDC

### STIPULATION AND ORDER FOR DISMISSAL OF ACTIONS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through counsel and representative undersigned, that the above-captioned and numbered matter having been amicably resolved between them, the above-entitled action in claims be dismissed with prejudice and that an order be entered accordingly, each party to bear their own attorneys' fees and costs.

| LAW OFFICES OF MITCHELL S BISSON, ESQ. | LIN LAW GROUP |
|---|---|
| Dated: 10/7/2024 | Dated: 10/7/2024 |
| By:*/s/ Mitchell Bisson* | By:/s/ Michael Lin |
| Mitchell S Bisson, Esq. | Michael M. Lin, Esq. |
| Nevada Bar No.11920 | Nevada Bar No. 10392 |
| 911 N Buffalo Dr., Ste 202 | 5288 Spring Mtn Rd Ste 103 |
| Las Vegas, NV 89128 | Las Vegas, NV 89146 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES**, through their respective counsel and/or representatives, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-entitled action be dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

Dated: 10/9/2024

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

Respectfully Submitted by:
LIN LAW GROUP

By /s/ Michael Lin
MICHAEL M. LIN, ESQ.
Nevada Bar No. 10392
5288 Spring Mtn. Rd., Ste. 103
Las Vegas, Nevada 89146
Attorneys for Defendant

Michael Lin

| | |
|---|---|
| From: | Mitchell Bisson <mbisson@bissonlegal.com> |
| Sent: | Monday, October 7, 2024 9:47 AM |
| To: | Michael Lin |
| Cc: | Crystal Lin |
| Subject: | Re: Luis Osal v. 214 Brothers 3 Inc. |

Good morning. I have received the funds. Thank you! You may add my electronic signature to the SAO!